# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action Number 22-cv-01468-RM-STV

CHAPIN P. CARNES, SANDRA CARNES, and
DARIN SCHNEIDER,

    Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
TRANS UNION, LLC,

    Defendants.

---

### ORDER GRANTING STIPULATION TO DISMISS PARTY EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE

---

    Plaintiffs Chapin P. Carnes, Sandra Carnes, and Darin Schneider have announced to the Court that all matters in controversy against Defendant Equifax Information Services, LLC have been resolved. A Stipulation to Dismiss Equifax Information Services, LLC with Prejudice has been signed and filed with the Court. Upon consideration of the Stipulation, the file, and the applicable rules, and being otherwise fully advised, it is

    IT IS ORDERED that the claims and causes of action asserted herein by Plaintiffs Chapin P. Carnes, Sandra Carnes, and Darin Schneider against Defendant Equifax Information Services, LLC are in all respects dismissed with prejudice, with costs and attorneys' fees to be paid by the party incurring the same. All other Defendants remain in the case; and it is

    FURTHER ORDERED that Defendant Equifax Information Services, LLC's name shall be removed from the caption in all future filings with the Court.

    DATED this 11th day of October, 2022.

                                          BY THE COURT:

                                          _____
                                          RAYMOND P. MOORE
                                          United States District Judge