IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action Number 22-cv-01468-RM-STV

CHAPIN P. CARNES, SANDRA CARNES, and
DARIN SCHNEIDER,

    Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC,

    Defendants.

_____

### ORDER GRANTING STIPULATION TO DISMISS PARTY TRANS UNION, LLC WITH PREJUDICE
_____

    Plaintiffs Chapin P. Carnes, Sandra Carnes, and Darin Schneider have announced to the Court that all matters in controversy against Defendant Trans Union, LLC have been resolved. A Stipulation to Dismiss Trans Union, LLC with Prejudice has been signed and filed with the Court (ECF No. 38). Upon consideration of the Stipulation, the file, and the applicable rules, and being otherwise fully advised, it is

    IT IS ORDERED that the claims and causes of action asserted herein by Plaintiffs Chapin P. Carnes, Sandra Carnes, and Darin Schneider against Defendant Trans Union, LLC are in all respects dismissed with prejudice, with costs and attorneys' fees to be paid by the party incurring the same. Defendant Experian Information Solutions, Inc. remains in the case; and it is

FURTHER ORDERED that Defendant Trans Union, LLC's name shall be removed from the caption in all future filings with the Court.

DATED this 22nd day of February, 2023.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge