IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action Number 22-cv-01468-RM-STV

CHAPIN P. CARNES, SANDRA CARNES, and
DARIN SCHNEIDER,

    Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Stipulation to Dismiss Case with Prejudice ("Stipulation") (ECF No. 42). Having considered the Stipulation, the Court file, and being otherwise fully advised, the Court hereby

ORDERS that the claims and causes of action asserted herein by Plaintiffs against Experian Information Solutions, Inc., are in all respects dismissed with prejudice, without costs or fees to any party, and

FURTHER ORDERS that there being no parties or claims remaining, the Clerk of the Court is directed to close this case.

DATED this 27th day of March, 2023.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge